No. 592, Misc. HAINES ET AL. *v.* KINGSLEY. C. A. 10th Cir. Certiorari denied.

No. 602, Misc. SMITH *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 609, Misc. NICHOLS *v.* RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 628, Misc. HILL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 632, Misc. BLANCHEY *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 638, Misc. MAXEY *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 646, Misc. PONCE, AKA DOMINGUEZ *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 689, Misc. VALDIVIA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 692, Misc. CREIGHBAUM *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 702, Misc. FRAZIER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 620, Misc. LEVINE ET AL. *v.* LEVER BROTHERS Co. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.